1  ADANTE D. POINTER, ESQ., SBN 236229
   PATRICK M. BUELNA, ESQ., SBN 317043
2  LATEEF H. GRAY, ESQ., SBN 250055
   MARLON L. MONROE, ESQ., SBN 251897
3  POINTER & BUELNA, LLP
   155 Filbert Street, Suite 208
4  Oakland, CA 94607
   Tel: (510) 929-5400
5  Email: APointer@LawyersFTP.com
   Email: PBuelna@LawyersFTP.com
6  Email: LGray@LawyersFTP.com
   Email: MMonroe@LawyersFTP.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY CASTEL NAVARRO, AN INDIVIDUAL;<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; OFFICER JEFFREY LUBEY, in his individual capacity as a law enforcement officer for the San Francisco Police Department; and DOES 1-50,<br><br>Defendants. | Case No. 3:23-cv-02402-SK<br><br>UPDATED JOINT CASE MANAGEMENT STATEMENT<br><br>Date:        December 15, 2025<br>Time:        1:30 p.m.<br>Courtroom:   Video Conference<br>Judge:       The Honorable Sallie Kim |

Pursuant to the Northern District of California's Standing Order concerning the Contents of Joint Case Management Statement, Civil Local Rule 16-9 and Federal Rule of Civil Procedure 26(f), the parties submit the following report, by and through their respective counsel of record:

**UPDATED JOINT STATEMENT**

On November 12, 2024, the Court granted in part and denied in part Defendants' motion for summary judgment. ECF 59. On November 22, 2024, Defendants filed a notice of interlocutory appeal. ECF 61. On the same day, the Court stayed the case pending appeal. ECF 64.

On November 13, 2025, the Ninth Circuit issued its Memorandum affirming the district court's decision. ECF 67. On December 5, 2025, the Ninth Circuit issued its mandate returning jurisdiction to this Court. ECF 69.

The parties have already completed all fact and expert discovery. Therefore, the parties need only a pretrial conference and trial date.

The parties are available:

First week of June, November or December 2026.

Dated: December 8, 2025                                Respectfully submitted,

                                                           **POINTER & BUELNA, LLP**
                                                           **LAWYERS FOR THE PEOPLE**

                                                           By: */s/ Patrick Buelna*
                                                           PATRICK BUELNA
                                                           Attorney for Plaintiff

Dated: December 8, 2025

        DAVID CHIU
        City Attorney
        JENNIFER E. CHOI
        Chief Trial Deputy
        JOSE A. ZELIDON-ZEPEDA
        LISA E. GIARRATANO
        Deputy City Attorneys


By:    */s/ Jose A. Zelidon-Zepeda*
      JOSE A. ZELIDON-ZEPEDA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND JEFFREY LUBEY