UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY CASTEL NAVARRO, | Case No. 23-cv-02402-SK |
|---|---|
| Plaintiff, | |
| v. | **ORDER LIFTING STAY AND SCHEDULING CASE MANAGEMENT CONFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | Regarding Docket No. 64 |

On November 22, 2024, the Court stayed the matter pending the appeal before the U.S. Court of Appeals for the Ninth Circuit. (Dkt. No. 64.) The Court, in receipt of the Ninth Circuit's mandate (Dkt. No. 69), HEREBY LIFTS the stay. A case management conference is scheduled for December 15, 2025 at 1:30 p.m. via Public Zoom webinar. (Dkt. No. 68.)

**IT IS SO ORDERED**.

Dated: December 9, 2025

SALLIE KIM
United States Magistrate Judge