**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**LATEEF H. GRAY, ESQ., SBN 250055**
**MARLON L. MONROE, ESQ., SBN 251897**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, California 94607
Tel: (510) 929-5400
www.LawyersFTP.com
APointer@LawyersFTP.com
PBuelna@LawyersFTP.com
LGray@LawyersFTP.com
MMonroe@LawyersFTP.com

Attorneys for Plaintiff
ANTHONY NAVARRO

DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
JOSE A. ZELIDON-ZEPEDA, State Bar #227108
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4206
Facsimile:    (415) 554-3837
E-Mail:        Jose.Zelidon-Zepeda@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO and
JEFFREY LUBEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY CASTEL NAVARRO, AN INDIVIUAL;<br><br>    Plaintiff,<br><br>        v. | Case No. 3:23-cv-02402-SK<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:        April 27, 2026<br>Time:        1:30 p.m.<br>Courtroom:    Video Conference |

1

CITY AND COUNTY OF SAN FRANCISCO; OFFICER JEFFREY LUBEY, in his individual capacity as a law enforcement officer for the San Francisco Police Department; and DOES 1-50,

   Defendants.

Judge:          The Honorable Sallie Kim
Trial Date:     November 17, 2026
Action Filed:   May 16, 2023

   Plaintiff and Defendants submit the following Further Joint Case Management Statement pursuant to Civil Local Rule 16-10(d) and the Court's prior orders.

## I.    UPDATED PROCEDURAL STATUS

Since the Court's December 15, 2025 Further Case Management Conference, the case has proceeded under the schedule set by the Court and is now positioned for trial. At that conference, the Court set a firm pretrial schedule, ordered that an amended case management order would issue, and referred the matter to the Honorable Magistrate Judge Laurel Beeler for a settlement conference.

Pursuant to that referral, the parties appeared before Judge Beeler on March 31, 2026. The parties engaged in a meaningful and substantive settlement discussion regarding liability, exposure, and potential resolution. The parties are currently evaluating the issues discussed and anticipate further meet and confer efforts regarding next steps in the settlement process.

In light of the Ninth Circuit's decision affirming the denial of qualified immunity, the case proceeds with its central liability issues intact and ready for jury determination. The current schedule reflects that posture, and no modification is necessary.

## II.    STATUS OF DISCOVERY

The parties completed substantial fact discovery prior to the appellate proceedings, including depositions, production of body-worn camera footage, and exchange of key records. Discovery is now closed.

## III.    ANTICIPATED MOTIONS

The parties anticipate filing motions in limine and standard pretrial submissions. The parties may file *Daubert* motions, as necessary.

2

No further dispositive motions are anticipated at this juncture. The remaining issues are fact-driven and not suitable for resolution as a matter of law.

IV.    **SETTLEMENT AND ADR**

The March 31, 2026 settlement conference provided a meaningful opportunity for the parties to evaluate the case in light of its current posture.

In light of these developments, Plaintiff believes the case is well-positioned for resolution and remains willing to engage in further good-faith settlement discussions. The parties anticipate meeting and conferring regarding whether additional settlement efforts, including further proceedings before Judge Beeler, would be productive.

V.    **TRIAL AND PRETRIAL**

The case is currently set as follows:

**Further Case Management Conference:** April 27, 2026

**Pretrial Conference:** October 16, 2026

**Jury Trial:** November 17, 2026 through November 24, 2026

The parties do not seek modification of these dates and are prepared to proceed under the Court's schedule.

VI.    **OTHER MATTERS**

The deadline to amend has passed.  No amendments to pleadings are further allowed. The parties will comply with all pretrial disclosure obligations and deadlines and will continue to meet and confer to ensure efficient trial preparation.

**CONCLUSION**

This case is now in a posture where the core issues have been narrowed and clarified, and the remaining claims are ready for jury determination. The parties are prepared to proceed to trial under the Court's schedule while remaining open to resolution through continued good-faith settlement discussions.

DATED: April 20, 2026

/s/ *Marlon L. Monroe*
Marlon L. Monroe
Adante Pointer
Patrick Buelna

3

JOINT CASE MANAGEMENT STATEMENT (3:23-cv-02402-SK)

Pointer & Buelna, LLP
*Attorneys for Plainitff Anthony Navarro*

DATED: April 20, 2026

*/s/ Jose A. Zelidon-Zepeda*
Jose A. Zelidon-Zepeda
*Attorneys for Defendants*
*City & County of San Francisco & Officer Lubey*

JOINT CASE MANAGEMENT STATEMENT (3:23-cv-02402-SK)

## CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case, and all parties shall comply with its provisions.

Other Orders: _____

_____

IT IS SO ORDERED.

Dated: _____

MAGISTRATE JUDGE SALLIE KIM