**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**LATEEF H. GRAY, ESQ., SBN 250055**
**MARLON L. MONROE, ESQ., SBN 251897**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, California 94607
Tel: (510) 929-5400
www.LawyersFTP.com
APointer@LawyersFTP.com
PBuelna@LawyersFTP.com
LGray@LawyersFTP.com
MMonroe@LawyersFTP.com

Attorneys for Plaintiff
ANTHONY NAVARRO

DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
JOSE A. ZELIDON-ZEPEDA, State Bar #227108
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4206
Facsimile:    (415) 554-3837
E-Mail:        Jose.Zelidon-Zepeda@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
JEFFREY LUBEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY CASTEL NAVARRO, AN INDIVIUAL;<br><br>    Plaintiff,<br><br>            v.<br><br>CITY AND COUNTY OF SAN | Case No. 3:23-cv-02402-SK<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:        July 27, 2026<br>Time:        1:30 p.m.<br>Courtroom:    Video Conference<br>Judge:        The Honorable Sallie Kim |

1

FRANCISCO; OFFICER JEFFREY LUBEY, in his individual capacity as a law enforcement officer for the San Francisco Police Department; and DOES 1-50,

    Defendants.

Trial Date:    November 17, 2026
Action Filed:  May 16, 2023

**UPDATED JOINT STATEMENT**

On November 12, 2024, the Court granted in part and denied in part Defendants' motion for summary judgment. ECF 59. On November 22, 2024, Defendants filed a notice of interlocutory appeal. ECF 61. On the same day, the Court stayed the case pending appeal. ECF 64. On November 13, 2025, the Ninth Circuit issued its Memorandum affirming the district court's decision. ECF 67. On December 5, 2025, the Ninth Circuit issued its mandate returning jurisdiction to this Court. ECF 69.

The parties have already completed all fact and expert discovery. The parties further participated in a second settlement conference on March 31, 2026, which was unsuccessful. Therefore, the parties are ready to proceed to trial, scheduled for November 17, 2026.

The parties are prepared to proceed to trial under the previously established schedule.

DATED: July 20, 2026

/s/ *Marlon L. Monroe*
Marlon L. Monroe
Adante Pointer
Patrick Buelna
Pointer & Buelna, LLP
*Attorneys for Plainitff Anthony Navarro*

DATED: July 20, 2026

/s/ *Jose A. Zelidon-Zepeda*
Jose A. Zelidon-Zepeda
*Attorneys for Defendants*
*City & County of San Francisco & Officer Lubey*

JOINT CASE MANAGEMENT STATEMENT (3:23-cv-02402-SK)