**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**MARLON L. MONROE, ESQ., SBN 251897**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: MMonroe@LawyersFTP.com

Attorneys for Plaintiff



**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ANTHONY CASTEL NAVARRO, individually;

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.

Defendants.

Case No.: 3:23-cv-02402-SK

**PLAINTIFF'S PROPOSED VERDICT FORM**

//

//

//

//

//

**Proposed Verdict Form**

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

We the jury unanimously find as follows:

**Question 1:** Did Plaintiff Anthony Navarro prove by a preponderance of the evidence that Defendant Jeffrey Lubey used excessive force against him in violation of the Fourth Amendment?

Yes: ________ No: ________

**Question 2:** Did Plaintiff Anthony Navarro prove by a preponderance of the evidence that Defendant Jeffrey Lubey used retaliatory against him in violation of the First Amendment?

Yes: ________ No: ________

**Question 3:** Did Plaintiff Anthony Navarro prove by a preponderance of the evidence Defendant Jeffrey Lubey was negligent?

Yes: ________ No: ________

Please proceed to the next question.

**Question 4:** Did Plaintiff Anthony Navarro prove by a preponderance of the evidence his Bane Act claim against Defendant Jeffrey Lubey?

Yes: ________ No: ________

Please proceed to the next question.

**Question 5:** Did Plaintiff Anthony Navarro by a preponderance of the evidence his battery claim against Defendant Jeffrey Lubey?

Yes: ________ No: ________

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

If you answered "YES" to ANY of the preceding questions, proceed to the next question. If you answered "NO" to ALL of the preceding questions, please sign and date this verdict form and return it to the Court.

## DAMAGES

**Question 6:** Defendant Jeffrey Lubey's unreasonable force cause Plaintiff Deontae Faison's injuries?

YES _________ NO________

**Question 7:** What amount of damages compensates Plaintiff Anthony Navarro?

Noneconomic damages $_________________

Economic damages $_________________

Please proceed to the next question.

**Question 8:** Was Plaintiff Anthony Navarro negligent in contributing to his own harm?

YES _________ NO________

If you answered YES to Question 8, please proceed to Question 9. If you answered NO to Question 8, please skip Question 9 and proceed to Question 10.

**Question 9:** What percentage was each party's fault?

DEFENDANT JEFFREY LUBEY _________%

PLAINTIFF ANTHONY NAVARRO _________ %

*Please sign and date this form and then return it to the Court.*

Signed: ______________________________________________ (Presiding Juror)

Dated: ______________________________________________

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

Dated: October 1, 2026

Respectfully submitted,

**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**

By: *<u>/s/ Patrick Buelna</u>*
PATRICK BUELNA
Attorney for Plaintiff