**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**MARLON L. MONROE, ESQ., SBN 251897**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: MMonroe@LawyersFTP.com

Attorneys for Plaintiff

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY CASTEL NAVARRO, individually;<br><br>Plaintiff,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Defendants. | Case No.: 3:23-cv-02402-SK<br><br>**PLAINTIFF'S TRIAL WITNESS LIST** |

//

//

//

//

//

//

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**PLAINTIFF'S WITNESS LIST**

| **No.** | WITNESS | **DESCRIPTION** |
|---|---|---|
| 1. | Anthony Navarro | Plaintiff will testify about his experiences, observations and suffering during the incident and afterwards. Plaintiff will testify about the effect the incident had on his mental health and the recovery from his injuries. |
| 2. | Jacob Horton | Ofc. Horton will testify in regards to the arrest and force used during the incident, his observations and actions. |
| 3. | Jeffrey Lubey | Ofc. Lubey will testify in regards to the arrest and force used during the incident, his observations and actions. . |
| 4. | Ofc. Faubel | Ofc. Faubel will testify in regards to the arrest and force used during the incident, his observations and actions. . |
| 5. | Ofc. Cubas | Ofc. Cubas will testify in regards to the arrest and force used during the incident, his observations and actions. . |
| 6. | Ofc. Andrakin | Ofc. Andrakin will testify in regards to the arrest and force used during the incident, his observations and actions. . |
| 7. | Ofc. Byrd | Ofc. Byrd will testify in regards to the arrest and force used during the incident, his observations and actions. . |
| 8. | Ofc. Girvin | Ofc. Girvin will testify in regards to the arrest and force used during the incident, his observations and actions. . |
| 9. | Ofc. Li | Ofc. Li will testify in regards to the arrest and force used during the incident, his observations and actions. . |
| 10. | Ofc. St. Clair | Ofc. St. Clair will testify in regards to the arrest and force used during the incident, his observations and actions. . |
| 11. | Sgt. Sheehan | Sgt. Sheehan will testify in regards to the arrest and force used during the incident, his observations and actions. . |
| 12. | Dr. Glen Haas | Dr. Haas is a police practices expert that will testify regarding the relevant police practices and training that were at issue and relevant to the incident. |
| 13. | Dr. Natalie Jones | Dr. Natalie Jones is a psychologist that will testify in regards to her examination of Mr. Navarro, his mental health before and after the incident and its effect on his PTSD. |

| No. | WITNESS | DESCRIPTION |
|---|---|---|
| 14. | Dr. Se Young Ju | Dr. Ju is a treating physician who will testify he diagnosed Plaintiff with PTSD, examined and observed Plaintiff's injuries that were sustained as a result of the June 16, 2022, subject incident—including but not limited to Plaintiff's condition at admission and pre-incident condition. |
| 15. | Shannon Pfeifle | Ms. Pfeifle is the therapist that will testify she referred Plaintiff to andcommunicated with Plaintiff about his need for mental health services as a result of the subject incident that occurred on June 16, 2022. |
| 16. | Dalong Luo | Mr. Luo was Plaintiff's former landlord that can support Plaintiff's claim that he moved out of San Francisco due to the incident with SFPD. |
| 17. | Custodian of Records – Kaiser Permanente | Authenticate the subpoenaed medical records from the hospital where Plaintiff received treatment. |

Dated: October 1, 2026

Respectfully submitted,

**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**

By: */s/ Patrick Buelna*
PATRICK BUELNA
Attorney for Plaintiff

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400