**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**MARLON L. MONROE, ESQ., SBN 251897**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: MMonroe@LawyersFTP.com

Attorneys for Plaintiff

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY CASTEL NAVARRO, individually;<br><br>Plaintiff,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Defendants. | Case No.: 3:23-cv-02402-SK<br><br>**TRIAL EXHIBIT LIST** |

//

//

//

//

//

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**PLAINTIFF'S EXHIBITS**

| Exhibit # | Description | Substance & Purpose | Sponsoring Witness |
|---|---|---|---|
| **1** | Photographs of Anthony Navarro's Injuries at Hospital (PLTF 32, 34, 36, 38) | Photographs of Plaintiff injuries at the hospital.<br><br>These photographs support Plaintiff's liability and damages claims. | Plaintiff |
| **2** | Plaintiff's Social Media Post Regarding the Incident (PLTF 91-94) | Photographs of Plaintiff just before the incident and his injuries after the incident.<br><br>These photographs support Plaintiff's damages claims. | Plaintiff |
| **3** | Photographs of Plaintiff's Healing Injuries (PLTF 86-87; 139-145) | Photographs of Plaintiff while his injuries healed over a period of time.<br><br>These photographs support Plaintiff's damages claims | Plaintiff |
| **4** | Correspondence Re: Leaving San Francisco (PLTF 95-96) | Correspondence between Plaintiff and his landlord that documented his decision to leave San Francisco after the incident.<br><br>This is evidence that supports Plaintiff's damages claims. | Plaintiff |
| **5** | Documents and Correspondence of Plaintiff's Move to Vietnam (PLTF 100-125) | Correspondence from Plaintiff that documents his decision to leave San Francisco for Vietnam due to the incident.<br><br>This is evidence that supports Plaintiff's damages claims. | Plaintiff |
| **6** | Plaintiff's Resignation from San Francisco School District (PLTF 126) | Correspondence from Plaintiff that documents his decision to resign his current job and leave San Francisco for Vietnam due to the incident.<br><br>This is evidence that supports Plaintiff's damages claims. | Plaintiff |
| **7** | Plaintiff's Correspondence for Therapy | Correspondence that documents Plaintiff arranging for therapy to treat | Plaintiff |

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

| | | | |
|---|---|---|---|
| | (PLTF 127-138) | his emotional distress from the incident.<br><br>This is evidence that supports Plaintiff's damages claims. | |
| **8** | Witness Video #1 | Cell phone video that recorded a portion of the arrest of Plaintiff. This is video evidence that supports Plaintiff's liability and damages claims. | Plaintiff |
| **9** | Ofc. Cubas' Body Worn Camera (CCSF 28) | Body camera footage from an SFPD officer that captures the incident.<br><br>These records are introduced for the purpose to support Plaintiff's liability and damages. | Ofc. Cubas |
| **10** | Computer Automated Dispatch (CCSF 8-9) | Contemporaneous dispatch records from the incident.<br><br>This is evidence that supports Plaintiff's liability and damages claims. | Defendant |
| **11** | SFPD Audio Dispatch (CCSF 18-24) | Body camera footage from an SFPD officer that captures the incident.<br><br>These records are introduced for the purpose to support Plaintiff's liability and damages. | Defendant |
| **12** | Ofc. Faubel's Body Worn Camera (CCSF 25) | Body camera footage from an SFPD officer that captures the incident.<br><br>These records are introduced for the purpose to support Plaintiff's liability and damages. | Ofc. Faubel |
| **13** | Ofc. Andrakin's Body Worn Camera (CCSF 26) | Body camera footage from an SFPD officer that captures the incident.<br><br>These records are introduced for the purpose to support Plaintiff's liability and damages. | Ofc. Andrakin |
| **14** | Ofc. Bryd's Body Worn Camera (CCSF 27) | Body camera footage from an SFPD officer that captures the incident.<br><br>These records are introduced for the purpose to support Plaintiff's liability and damages. | Ofc. Bryd |

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

| | | | |
|---|---|---|---|
| **15** | Ofc. Girvin's Body Worn Camera (CCSF 29) | Body camera footage from an SFPD officer that captures the incident.<br><br>These records are introduced for the purpose to support Plaintiff's liability and damages. | Ofc. Girvin |
| **16** | Ofc. Horton's Body Worn Camera (CCSF 30) | Body camera footage from an SFPD officer that captures the incident.<br><br>These records are introduced for the purpose to support Plaintiff's liability and damages. | Ofc. Horton |
| **17** | Ofc. Li's Body Worn Camera (CCSF 31) | Body camera footage from an SFPD officer that captures the incident.<br><br>These records are introduced for the purpose to support Plaintiff's liability and damages. | Ofc. Li |
| **18** | Ofc. St. Clair's Body Worn Camera (CCSF 34) | Body camera footage from an SFPD officer that captures the incident.<br><br>These records are introduced for the purpose to support Plaintiff's liability and damages. | Ofc. St. Clair |
| **19** | Sgt. Sheehan's Body Worn Camera (CCSF 35) | Body camera footage from an SFPD officer that captures the incident.<br><br>These records are introduced for the purpose to support Plaintiff's liability and damages. | Sgt. Sheehan |
| **20** | Ofc. Lubey's Body Worn Camera #1 (CCSF 32) | Body camera footage from an SFPD officer that captures the incident.<br><br>These records are introduced for the purpose to support Plaintiff's liability and damages. | Ofc. Lubey |
| **21** | Ofc. Lubey's Body Worn Camera #2 (CCSF 33) | Body camera footage from an SFPD officer that captures the incident.<br><br>These records are introduced for the purpose to support Plaintiff's liability and damages. | Ofc. Lubey |
| **22** | Photograph of Plaintiff during Incident of Injuries | This record reflects the OPD report writing training that Defendants received. | Plaintiff |

| | | | |
|---|---|---|---|
| | | These records will support Plaintiffs' liability claims. | |
| **23** | SFPD Arrest & Control Manual (CCSF 36-207) | This record reflects the SFPD training that Defendant received.<br><br>These records will support Plaintiffs' liability claims. | Dr. Glenn Haas; Defendant |
| **24** | SFPD Booking and Detention Manual (CCSF 208-262) | This record reflects the SFPD training that Defendant received.<br><br>These records will support Plaintiffs' liability claims. | Dr. Glenn Haas; Defendant |
| **25** | POST Learning Domain 20 – Use of Force (CCSF 976-1087) | This record reflects the SFPD training that Defendant received.<br><br>These records will support Plaintiffs' liability claims. | Dr. Glenn Haas; Defendant |
| **26** | SFPD Crowd Control Manual (CCSF 1088-1153) | This record reflects the SFPD training that Defendant received.<br><br>These records will support Plaintiffs' liability claims. | Dr. Glenn Haas; Defendant |
| **27** | SFPD Use of Force PowerPoint (CCSF 1154-1217) | This record reflects the SFPD training that Defendant received.<br><br>These records will support Plaintiffs' liability claims. | Dr. Glenn Haas; Defendant |
| **28** | SFPD Use of Force Policy (CCSF 1324-1344) | This record reflects the SFPD training that Defendant received.<br><br>These records will support Plaintiffs' liability claims. | Dr. Glenn Haas; Defendant |
| **29** | Jeffrey Martin Video Exhibits A-S | This record reflect video exhibits that synchronize/enhance incident video footage.<br><br>These records will support Plaintiffs' liability claims. | Jeffrey Martin |
| **30** | Kaiser Permanente – San Francisco – Medical Records | These are medical records that document and capture Plaintiff's injuries post-incident.<br><br>These records will support Plaintiffs' liability and damages claims. | Self-Authenticating Business Record; Plaintiff; Dr. Jones |
| | | | |

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

Dated: October 1, 2026

Respectfully submitted,

**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**

By: *<u>/s/ Patrick Buelna</u>*
PATRICK BUELNA
Attorney for Plaintiff

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400