**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**LATEEF H. GRAY, ESQ., SBN 250055**
**MARLON L. MONROE, ESQ., SBN 251897**
**MATTHEW T. NORMAN, ESQ., SBN 351413**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: LGray@LawyersFTP.com
Email: MMonroe@LawyersFTP.com
Email: MNorman@LawyersFTP.com

Attorneys for Plaintiff

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY CASTEL NAVARRO, individually;<br><br>Plaintiff,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Defendants. | Case No.: 3:23-cv-02402-SK<br><br>**DECLARATION OF PATRICK BUELNA** |

//

//

//

//

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

I, Matthew Norman, declare:

1. I am the attorney of record for Plaintiff in this action. I am licensed to practice in the state of California and have been admitted to courts in the Northern, Southern, and Eastern Districts of California. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.
2. **EXHIBIT 1** — attached is a true and correct copy of Dr. Dempsey's deposition transcript.
3. On August 9, 2024, Defendants disclosed a rebuttal report from Dr. Dempsey. On September 6, 2024, Plaintiff took Dr. Dempsey's deposition who had also been served with requests for production of documents, including draft reports and documents relied on.
4. Plaintiff 's attorney spent approximately 2 hours examining her on the report and disclosed opinions.
5. Plaintiff was never provided with any amended or supplemental report from Dr. Dempsey following the deposition either.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

/

/

/

/

Dated: October 1, 2026

Respectfully submitted,

**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**

By: *<u>/s/ Patrick Buelna</u>*
PATRICK BUELNA
Attorney for Plaintiff

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400