**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**MARLON L. MONROE, ESQ., SBN 251897**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: MMonroe@LawyersFTP.com

Attorneys for Plaintiff

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ANTHONY CASTEL NAVARRO, individually;

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.

Defendants.

Case No.: 3:23-cv-02402-SK

**PLAINTIFF'S PROPOSED ADDITIONAL VOIRE DIRE QUESTIONS**

//

//

//

//

//

//

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**PLAINTIFF'S PROPOSED ADDITIONAL QUESTIONS:**

1. Would you give more or less weight to the testimony of a law enforcement officer than you would to the testimony of other witnesses who are not in law enforcement?

Please explain.

2. Do you believe that people from certain races or ethnicities are more violent or dangerous than others? Please explain.

Please explain.

4. What do you think about awarding a person money compensation for worsening a person's mental health disorder such as Post Traumatic Disorder?

5. Some people feel that the job law enforcement officers perform is so difficult and important that it is wrong or unfair to second guess the decisions they make when they are on the job. Do you Strongly Agree, Agree, Neutral, Disagree, or Strongly Disagree?

Please explain.

6. What is your reaction when you hear someone is accusing the police of excessive force and misconduct?

7. Will the fact that the Plaintiff in this case is Asian have any effect on your ability to make a fair determination in this case? ☐ Yes No

If Yes, please explain:

Dated: October 1, 2026

Respectfully submitted,

**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**

By: */s/ Patrick Buelna*
PATRICK BUELNA
Attorney for Plaintiff