DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
JOSE A. ZELIDON-ZEPEDA, State Bar #227108
LISA E. GIARRATANO, State Bar #346002
KATHERINE B. BEARMAN, State Bar #280561
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 355-3312 [Zelidon-Zepeda]
Telephone: (415) 554-3813 [Giarratano]
Telephone: (415) 554-4256 [Bearman]
Facsimile: (415) 554-3837
E-Mail: jose.zelidon-zepeda@sfcityatty.org
E-Mail: lisa.giarratano@sfcityatty.org
E-Mail: kate.bearman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND JEFFREY LUBEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY CASTEL NAVARRO, AN INDIVIDUAL,

Plaintiff,

vs.

CITY AND COUNTY OF SAN FRANCISCO; OFFICER JEFFREY LUBEY, IN HIS INDIVIDUAL CAPACITY AS A LAW ENFORCEMENT OFFICER FOR THE SAN FRANCISCO POLICE DEPARTMENT; AND DOES 1-50, INCLUSIVE,

Defendants.

Case No. 23-cv-02402 SK (PHK)

**DEFENDANTS' WITNESS LIST**

Trial Date: November 17, 2026

Defendants CITY AND COUNTY OF SAN FRANCISCO AND JEFFREY LUBEY (collectively, "Defendants") submit the following list of witnesses who may be called by Defendants to testify at trial, other than for impeachment or rebuttal.[1]

| No. | Name | Expected Testimony |
|---|---|---|
| 1. | Plaintiff Anthony Navarro | Party |
| 2. | Jeffrey Lubey | Party |
| 3 | Jacob Horton | Observations regarding the 6/16/2022 use-of-force incident involving Plaintiff Anthony Navarro. |
| 4. | SFPD Officer Cory Faubel #1520 | Observations regarding the 6/16/2022 use-of-force incident involving Plaintiff Anthony Navarro. |
| 5. | SFPD Officer Hai Bo Li #1074 | Observations regarding the 6/16/2022 use-of-force incident involving Plaintiff Anthony Navarro. |
| 6. | SFPD Officer Justin Andrakin #2175 | Observations regarding the 6/16/2022 use-of-force incident involving Plaintiff Anthony Navarro. |
| 7. | SFPD Officer Sammie Byrd #916 | Observations regarding the 6/16/2022 use-of-force incident involving Plaintiff Anthony Navarro. |
| 8. | SFPD Officer Daniel St. Clair #2487 | Observations regarding the 6/16/2022 use-of-force incident involving Plaintiff Anthony Navarro. |
| 9. | SFPD Officer Isais Cubas #274 | Observations regarding the 6/16/2022 use-of-force incident involving Plaintiff Anthony Navarro. |
| 10. | SFPD Officer Caden Girvin #1345 | Observations regarding the 6/16/2022 use-of-force incident involving Plaintiff Anthony Navarro. |
| 11. | SFPD Sergeant John Sheehan #550 | Observations regarding the 6/16/2022 use-of-force incident involving Plaintiff Anthony Navarro and related use-of-force evaluation.. |
| 12. | Michael Hammer | Observations regarding the 6/16/2022 use-of-force incident involving Plaintiff Anthony Navarro. |
| 13. | Jeffrey Martin | Will testify as to the findings in his expert report regarding the 6/16/22 incident. |
| 14. | Dr. Rachyll Dempsey | Will testify in rebuttal to Plaintiff's retained expert Dr. Natalie Jones, as well as her mental examination of Plaintiff and related issues. |
| 15. | Mary Brockman, R.N. | Will testify as to physical examination of Plaintiff on 6/17/2022. |
| 16. | Cheng Hui Steph Shao, D.O. | Will testify to physical examination of Plaintiff on 6/17/2022. |
| 17. | Hongtai Li, M.D. | Will testify as to physical examination of Plaintiff on 6/17/2022. |

[1] The parties stipulated regarding the authenticity of documents produced in discovery by Defendant City and County of San Francisco, and thus Defendants do not anticipate needing to call a custodian of records.



4917-5786-5592, v. 1

| No. | Name | Expected Testimony |
|---|---|---|
| 18. | Custodian of Records, Kaiser Permanente, to be identified | A representative from Kaiser Permanente will provide foundation concerning any documents (if necessary). |

Dated: October 1, 2026

DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
JOSE A. ZELIDON-ZEPEDA
KATHERINE B. BEARMAN
LISA E. GIARRATANO
Deputy City Attorneys

By: *\/s/ Lisa E. Giarratano*
LISA E. GIARRATANO

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND JEFFREY LUBEY