DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
JOSE A. ZELIDON-ZEPEDA, State Bar #227108
LISA E. GIARRATANO, State Bar #346002
KATHERINE B. BEARMAN, State Bar #280561
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 355-3312 [Zelidon-Zepeda]
Telephone: (415) 554-3813 [Giarratano]
Telephone: (415) 554-4256 [Bearman]
Facsimile: (415) 554-3837
E-Mail: jose.zelidon-zepeda@sfcityatty.org
E-Mail: lisa.giarratano@sfcityatty.org
E-Mail: kate.bearman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND JEFFREY LUBEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CASTEL NAVARRO, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; OFFICER JEFFREY LUBEY, IN HIS INDIVIDUAL CAPACITY AS A LAW ENFORCEMENT OFFICER FOR THE SAN FRANCISCO POLICE DEPARTMENT; AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No. 23-cv-02402 SK (PHK)<br><br>**DEFENDANTS' EXHIBIT LIST**<br><br>Trial Date: November 17, 2026 |

Defendants CITY AND COUNTY OF SAN FRANCISCO AND JEFFREY LUBEY submit their proposed exhibit list as follows. The list includes documents that Defendants will seek to admit into evidence, as well as other documents merely for reference.

| Exhibit | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| 501. | Computer Automated Dispatch ("CAD") Event History Detail #221673336 (CCSF-NAVARRO_000008-9) | Log of radio communications regarding the incident. | Dept. of Emergency Management Custodian of Records |
| 502. | CAD Audio, 2234-2234 dt17 (CCSF-NAVARRO_000018) | Radio communication regarding the incident. | Dept. of Emergency Management Custodian of Records |
| 503. | CAD Audio, 2235-2235 dt17 (CCSF-NAVARRO_000019) | Radio communication regarding the incident. | Dept. of Emergency Management Custodian of Records |
| 504. | CAD Audio, 2236-2237 dt17 (CCSF-NAVARRO_000020) | Radio communication regarding the incident. | Dept. of Emergency Management Custodian of Records |
| 505. | CAD Audio, 2238-2238 dt17 (CCSF-NAVARRO_000021) | Radio communication regarding the incident. | Dept. of Emergency Management Custodian of Records |
| 506. | CAD Audio, 2246-2246 dt17 (CCSF-NAVARRO_000022) | Radio communication regarding the incident. | Dept. of Emergency Management Custodian of Records |
| 507. | CAD Audio, 2249-2250 dt10 (CCSF-NAVARRO_000023) | Radio communication regarding the incident. | Dept. of Emergency Management Custodian of Records |
| 508. | CAD Audio, 2303-2305 dt17 (CCSF-NAVARRO_000024) | Radio communication regarding the incident. | Dept. of Emergency Management Custodian of Records |
| 509. | [RESERVED] | | |
| 510. | SFPD General Order 5.01, Use of Force Policy and Proper Control of a Person (CCSF-NAVARRO_001324-1344) | Describes San Francisco Police Department's use of force policies and procedures. | San Francisco Police Department Custodian of Records |
| 511. | San Francisco Police Department Use of Force Evaluation, CCSF-NAVARRO_001250-53 | Describes Officer Horton's and Officer Lubey's interactions with Plaintiff on June 16, 2022. | San Francisco Police Department Custodian of Records; Sergeant John P. Sheehan |
| 512. | San Francisco Police Department Use of Force Log (CCSF-NAVARRO_001254-55) | Describes Officer Horton's and Officer Lubey's interactions with Plaintiff on June 16, 2022. | San Francisco Police Department Custodian of Records; Captain M. Gavin McEachern #83 |
| 513. | Notice to Appear/Citation No. 023959003 (CCSF-NAVARRO_000001) | Documents misdemeanor charges against Plaintiff (§ 243(b) and § 148(a)(1). | San Francisco Police Department Custodian of Records; Officer Lubey #1389 |

| Exhibit | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| 514. | Photo of Plaintiff (CCSF-NAVARRO_000010) | Depicts Plaintiff in a seated position after the incident. | San Francisco Police Department Custodian of Records; Plaintiff |
| 515. | San Francisco Police Department Special Event Assignment/Roster Sheet (CCSF-NAVARRO_001287-1305) | Lists event mission and objectives and officers assigned to Mission District on June 16, 2022. | San Francisco Police Department Custodian of Records |
| 516. | Interview with Michael Hammer (MP3) (CCSF-NAVARRO_001322) | Describes witness observations of the June 16, 2022 incident. | Michael Hammer |
| 517. | San Francisco Police Department Incident Report (NAVARRO_000002-07) | Describes SFPD's interaction with Plaintiff on June 16, 2022. | San Francisco Police Department Custodian of Records |
| 518. | San Francisco Law Enforcement Regional Training Center – Basic Course Arrest & Control Manual (CCSF-NAVARRO_000036-000207) | Describes use-of-force techniques including control holds. | San Francisco Police Department Custodian of Records |
| 519. | San Francisco Police Department Force Options Simulator Training (Powerpoint) 2018 (CCSF-NAVARRO_000488-000526) | Describes use-of-force techniques including control holds. | San Francisco Police Department Custodian of Records |
| 520. | San Francisco Police Department Field Training Manual-Use of Force 2013 (CCSF-NAVARRO_000581-000583) | Describes use-of-force policies and procedures. | San Francisco Police Department Custodian of Records |
| 521. | San Francisco Police Department, Learning Domain 20, Use of Force Training (Powerpoint) 2019 (CCSF-NAVARRO_001154-001217) | Describes use-of-force policies and procedures. | San Francisco Police Department Custodian of Records |
| 522. | Officer Faubel Body Worn Camera Footage (CCSF-NAVARRO_000025) | Depicts June 16, 2022 incident and aftermath | Cory Faubel |
| 523. | Officer Andrakin Body Worn Camera Footage (CCSF-NAVARRO_000026) | Depicts June 16, 2022 incident and aftermath | Justin Andrakin |
| 524. | Officer Byrd Body Worn Camera Footage (CCSF-NAVARRO_000027) | Depicts June 16, 2022 incident and aftermath | Sammie Byrd |
| 525. | Officer Cubas Body Worn Camera Footage (CCSF-NAVARRO_000028) | Depicts June 16, 2022 incident and aftermath | Isais Cubas |
| 526. | Officer Girvin Body Worn Camera Footage (CCSF-NAVARRO_000029) | Depicts June 16, 2022 incident and aftermath | Caden Girvin |

| Exhibit | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| 527. | Officer Horton Body Worn Camera Footage (CCSF-NAVARRO_000030) | Depicts June 16, 2022 incident and aftermath | Jacob Horton |
| 528. | Officer Li Body Worn Camera Footage (CCSF-NAVARRO_000031) | Depicts June 16, 2022 incident and aftermath | Hai Bo Li |
| 529. | Officer Lubey Body Worn Camera Footage (CCSF-NAVARRO_000032) | Depicts June 16, 2022 incident and aftermath | Jeffrey Lubey |
| 530. | Officer St. Clair Body Worn Camera Footage (CCSF-NAVARRO_000034) | Depicts June 16, 2022 incident and aftermath | Daniel St. Clair |
| 531. | Sergeant Sheehan Body Worn Camera Footage (CCSF-NAVARRO_000035) | Depicts June 16, 2022 incident and aftermath | John Sheehan |
| 532. | Kaiser Permanente Medical Records for Plaintiff (NAVARRO_000001-71) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 533. | Kaiser Permanente Billing Records for Plaintiff (NAVARRO_000072-85) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 534. | Plaintiff Navarro Instagram post/photo (NAVARRO_000091) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 535. | Plaintiff Navarro Instagram post/photo (NAVARRO_000092) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 536. | Plaintiff Navarro Instagram post/photo (NAVARRO_000093) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 537. | Plaintiff Navarro Instagram post/photo (NAVARRO_000094) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 538. | Plaintiff's 12-month lease agreement (NAVARRO_000095; 000097-000099) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 539. | Plaintiff Navarro 5/19/2022 booking for itinerary from San Francisco to Manila (NAVARRO_000100-000103) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 540. | 11/11/2022 Email Confirming Plaintiff's Acceptance of Job Offer at Independent Arts & Media (NAVARRO_000119-000120) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 541. | 8/24/2022 Email to Plaintiff Navarro re: Job Offer Letter from ILA Vietnam (NAVARRO_000109) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 542. | Jeffrey Martin Rule 26 report | Use of force expert assessment of incident. | Jeffrey Martin |

| Exhibit | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| 543. | Exhibit A to Martin Report_000025 Faubel Trim & Mark | Use of force expert assessment of incident. | Jeffrey Martin |
| 544. | Exhibit B to Martin Report_000026 Andrakin Trim & Mark.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |
| 545. | Exhibit C to Martin Report_000027 Byrd Trim & Mark.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |
| 546. | Exhibit D to Martin Report_000028 Cubas Trim & Mark.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |
| 547. | Exhibit E to Martin Report_000030 Horton Trim & Mark.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |
| 548. | Exhibit F to Martin Report_000031 Li Mark | Use of force expert assessment of incident. | Jeffrey Martin |
| 549. | Exhibit G to Martin Report_000032 Lubey Mark.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |
| 550. | Exhibit H to Martin Report_000034 St Clair Trim & Mark.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |
| 551. | Exhibit I to Martin Report_000035 Sgt. Sheehan Trim & Mark.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |
| 552. | Exhibit J to Martin Report_000030 Horton Trim Mark & Curves.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |
| 553. | Exhibit K to Martin Report_000031 Li Mark & Curves.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |
| 554. | Exhibit L to Martin Report_000032 Lubey Trim Mark & Curves.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |
| 555. | Exhibit M to Martin Report_000034 St Clair Curves.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |
| 556. | Exhibit N to Martin Report_000035 Sgt. Sheehan Curves.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |
| 557. | Exhibit O to Martin Report_000026 Andrakin Magnified.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |
| 558. | Exhibit P to Martin Report_Navarro Sync 1.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |
| 559. | Exhibit Q to Martin Report_Navarro Sync 1 LOW.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |
| 560. | Exhibit R to Martin Report_Navarro Sync 2.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |

| Exhibit | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| 561. | Exhibit S to Martin Report_Navarro Sync 2 LOW.mp4 | Use of force expert assessment of incident. | Jeffrey Martin |
| 562. | Expert Jeffrey Martin Rebuttal to Report by Dr. Glen Andrew Haas | Use of force expert assessment of incident. | Jeffrey Martin |
| 563. | 9/28/2021 email from Plaintiff to therapist Liu Hoi-Man requesting therapy (NAVARRO_000127-129) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 564. | 3/9/2022 email from Plaintiff to coworkers re: deteriorating mental health (NAVARRO_000133) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 565. | 7/18/2022 email from therapist Pfeifle confirming missed appointment (NAVARRO_000147) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 566. | 7/27/2022 email from Plaintiff to Therapist Pfeifle re: somatic coach. (NAVARRO_000163) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 567. | 3/22/2022 email from therapist Aldrich confirming 4/7/2022 therapy appointment (NAVARRO_000148-152) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 568. | 7/18/2022 Therapy Appointment Confirmation Email from Therapist Pfeifle (NAVARRO_000153-154) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 569. | 7/19/2022 Appointment Confirmation Email for 7/26/2022 Online Class (NAVARRO_000155-157) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 570. | 6/20/2022 Email from Doctor confirming normal x-rays of Plaintiff's knees (NAVARRO_000160) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 571. | 6/24/2022 Email from Plaintiff to Dr. Se Young Ju re: Trauma Recovery Support Group (NAVARRO_000161-162) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 572. | Work Status Report confirming Plaintiff off work from 3/8/2022 to 3/21/2022 (NAVARRO_000168) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 573. | Registration Confirmation Email to Plaintiff re: online Trauma Recovery Class (NAVARRO_000169-000170) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |

| Exhibit | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| 574. | 3/22/2022 Email from Plaintiff to Dr. Se Young Ju requesting extended medical leave (NAVARRO_000171-172) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 575. | 3/23/2022 Email to Plaintiff Confirming 3/24/2022 class (NAVARRO_000173) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 576. | 4/11/2022 Email from Se Young Ju M.D. confirming Plaintiff's medical leave for two weeks (NAVARRO_000174-175) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 577. | 3/22/2022 Email Confirming Plaintiff's Registration for online Trauma Recovery Class (NAVARRO_000176-177) | Relevant to Plaintiff's claimed damages/alleged injuries. | Anthony Navarro |
| 578. | 3/8/2022 Kaiser Permanente Visit Diagnosis for Plaintiff (Kaiser102-103) | Relevant to Plaintiff's claimed damages/alleged injuries | Anthony Navarro |
| 579. | 3/22/2022 Kaiser Permanente Diagnosis for Plaintiff (Kaiser 119) | Relevant to Plaintiff's claimed damages/alleged injuries | Anthony Navarro |
| 580. | 3/22/2022 Plaintiff email to PCP requesting medical leave (Kaiser 120-121) | Relevant to Plaintiff's claimed damages/alleged injuries | Anthony Navarro |
| 581. | 6/16/2022 KP medical notes after incident (Kaiser 141-172) | Relevant to Plaintiff's claimed damages/alleged injuries | Anthony Navarro |
| 582. | 3/9/22 Email from Plaintiff to SFUSD re: Health Status (NAVARRO_134) | Relevant to Plaintiff's claimed damages/alleged injuries | Anthony Navarro |
| 583. | Dr. Rachyll Dempsey, Psy. D., Rebuttal Expert Report | Defense expert's evaluation of Plaintiff's expert's opinions re claimed damages/alleged injuries. | Dr. Rachyll Dempsey, Psy. D. |
| 584. | Dr. Rachyll Dempsey, Psy. D., IME Report | Defense expert's evaluation of Plaintiff's expert's opinions re claimed damages/alleged injuries. | Dr. Rachyll Dempsey, Psy. D. |
| 585. | Appellee Navarro's Answering Brief, May 7, 2025 | Plaintiff's concession that Defendant Lubey "told Plaintiff to 'get back'" during the incident | Anthony Navarro |

DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
LUCIA LI
JOSE A. ZELIDON-ZEPEDA
KATHERINE B. BEARMAN
LISA E. GIARRATANO
Deputy City Attorneys

By: *\/s/ Lisa E. Giarratano*
LISA E. GIARRATANO

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND JEFFREY LUBEY