DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
JOSE A. ZELIDON-ZEPEDA, State Bar #227108
LISA E. GIARRATANO, State Bar #346002
KATHERINE B. BEARMAN, State Bar #280561
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 355-3312 [Zelidon-Zepeda]
Telephone: (415) 554-3813 [Giarratano]
Telephone: (415) 554-4256 [Bearman]
Facsimile: (415) 554-3837
E-Mail: jose.zelidon-zepeda@sfcityatty.org
E-Mail: lisa.giarratano@sfcityatty.org
E-Mail: kate.bearman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND JEFFREY LUBEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CASTEL NAVARRO, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; OFFICER JEFFREY LUBEY, IN HIS INDIVIDUAL CAPACITY AS A LAW ENFORCEMENT OFFICER FOR THE SAN FRANCISCO POLICE DEPARTMENT; AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No. 23-cv-02402 SK (PHK)<br><br>**DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND JEFFREY LUBEY'S PROPOSED VERDICT FORM**<br><br>Trial Date: November 17, 2026 |

**DEFENDANTS' PROPOSED VERDICT FORM**

You must answer each question 'yes' or 'no.' To answer 'yes,' your finding must be unanimous and based on the preponderance of the evidence (except if otherwise noted). If, for any question, you cannot reach a unanimous agreement to answer 'yes' based on the preponderance of the evidence, you must answer that question 'no.'

**Excessive Force**

1. Did Plaintiff ANTHONY NAVARRO prove that Defendant JEFFREY LUBEY used excessive force in arresting Plaintiff, in violation of the Fourth Amendment?

Yes ______________ No ______________

*If you answered "no," please skip questions 2-4, and proceed to question 5. If you answered yes, proceed to the next question.*

2. Did Plaintiff ANTHONY NAVARRO prove that he suffered injuries as a result of excessive force by Defendant JEFFREY LUBEY, in violation of the Fourth Amendment?

Yes ______________ No ______________

*If you answered "no," please skip questions 3-4, and proceed to question 5. If you answered yes, proceed to the next question.*

3. Did Plaintiff ANTHONY NAVARRO prove that Defendant Lubey's conduct was a substantial factor in causing him harm?

Yes ______________ No ______________

*If you answered "no," please skip question 4, and proceed to question 5. If you answered yes, proceed to the next question.*

4. Did Plaintiff ANTHONY NAVARRO prove that he suffered damages as a result of Defendant JEFFREY LUBEY's excessive force? (If no damages have been proven and you nonetheless have found a constitutional violation, you must award nominal damages up to one dollar.)

Damages No ________ Yes _________($__________)

*Proceed to the next question.*

**Retaliation**

5. Did Plaintiff ANTHONY NAVARRO establish that he was engaged in speech or conduct protected by the First Amendment at the time of the incident leading up to the escort?

Yes _______________ No _______________

*If you answered "no," please skip questions 6-9, and proceed to question 10. If you answered yes, proceed to the next question.*

6. Did Plaintiff ANTHONY NAVARRO establish that Defendant JEFFREY LUBEY's actions in the manner of escorting Plaintiff would chill a person of ordinary firmness from engaging in protected speech or conduct?

Yes _______________ No _______________

*If you answered "no," please skip questions 7-9, and proceed to question 10. If you answered yes, proceed to the next question.*

7. Did Plaintiff ANTHONY NAVARRO prove that his protected speech or conduct was a substantial or motivating factor in Defendant JEFFREY LUBEY'S decision about his manner of escorting Plaintiff?

Yes _______________ No _______________

*If you answered "no," please skip questions 8-9, and proceed to question 10. If you answered yes, proceed to the next question.*

8. Did Defendant JEFFREY LUBEY establish that he would have taken the same action regardless of Plaintiff ANTHONY NAVARRO's protected speech or conduct?

Yes _______________ No _______________

*If you answered "yes," please skip question 9, and proceed to question 10. If you answered no, proceed to the next question.*

9. Did Plaintiff ANTHONY NAVARRO prove that he suffered damages as a result of Defendant JEFFREY LUBEY's manner of escorting? (If no damages have been proven and you

nonetheless have found a constitutional violation, you must award nominal damages of up to one dollar.) To avoid double-counting and overlap, do not include any damages already included in response to question 4.

Damages No ________ Yes _________($___________)

*Proceed to the next question.*

**Negligence**

10. Did Plaintiff ANTHONY NAVARRO prove that Defendant JEFFREY LUBEY was negligent in using force against him during the incident?

Yes _______________ No _______________

*If you answered "no," please skip questions 11-15, and proceed to question 16. If you answered yes, proceed to the next question.*

11. Did Plaintiff ANTHONY NAVARRO prove that Defendant JEFFREY LUBEY's negligence was a substantial factor in causing harm to Plaintiff?

Yes _______________ No _______________

*If you answered "no," please skip questions 12-15, and proceed to question 16. If you answered yes, proceed to the next question.*

12. Did Plaintiff ANTHONY NAVARRO prove that he suffered damages as a result of Defendant JEFFREY LUBEY's negligent conduct? To avoid double-counting and overlap, do not include any damages already included in response to question 4 or 9.

Damages No ________ Yes _________($___________)

*If Plaintiff has proven any damages, then answer question 13. If Plaintiff has not proven any damages, then skip questions 13-15, and proceed to question 16 below.*

13. Was Plaintiff ANTHONY NAVARRO negligent leading up to the incident?

Yes _______________ No _______________

*If you answered "no," please skip questions 14-15, and proceed to question 16. If you answered yes, proceed to the next question.*

14. Was Plaintiff ANTHONY NAVARRO's negligence a substantial factor in causing his own harm?

Yes _______________ No _______________

*If you answered "no," please skip question 15, and proceed to question 16. If you answered yes, proceed to the next question.*

15. What percentage of responsibility for Plaintiff ANTHONY NAVARRO's own harm do you assign to the following?

| | |
|---|---|
| Defendant JEFFREY LUBEY | _____________% |
| Plaintiff ANTHONY NAVARRO | _____________% |
| TOTAL | 100 % |

*Proceed to the next question.*

## Bane Act

16. Did Plaintiff ANTHONY NAVARRO prove that, by threat, intimidation, or coercion, Defendant JEFFREY LUBEY interfered with Plaintiff's exercise or enjoyment of his right to be free from excessive force?

Yes _______________ No _______________

*If you answered "no," please skip questions 17-20, and proceed to question 21. If you answered yes, proceed to the next question.*

17. Did Plaintiff ANTHONY NAVARRO establish that Defendant JEFFREY LUBEY specifically intended to deprive Plaintiff of his enjoyment of the interests protected by the right to be free from excessive force?

Yes _______________ No _______________

*If you answered "no," please skip questions 18-20, and proceed to question 21. If you answered yes, proceed to the next question.*

18. Did Plaintiff ANTHONY NAVARRO prove that he was harmed by Defendant JEFFREY LUBEY's actions?

Yes ______________ No ______________

*If you answered "no," please skip questions 19-20, and proceed to question 21. If you answered yes, proceed to the next question.*

19. Did Plaintiff ANTHONY NAVARRO prove that Defendant JEFFREY LUBEY's conduct was a substantial factor in causing Plaintiff harm?

Yes ______________ No ______________

*If you answered "no," please skip question 20, and proceed to question 21. If you answered yes, proceed to the next question.*

20. Did Plaintiff ANTHONY NAVARRO prove that he suffered damages as a result of Defendant JEFFREY LUBEY's interference with his exercise of his right to be free from excessive force? To avoid double-counting and overlap, do not include any damages already included in response to question 4, 9, or 12.

Damages No ________ Yes _________($__________)

*Proceed to the next question.*

**Battery**

21. Did Plaintiff ANTHONY NAVARRO prove that Defendant JEFFREY LUBEY intentionally touched Plaintiff?

Yes ______________ No ______________

*If you answered "no," please skip questions 22-26, and sign and date this form. If you answered yes, proceed to the next question.*

22. Did Plaintiff ANTHONY NAVARRO prove that Defendant JEFFREY LUBEY used unreasonable force on Plaintiff?

Yes _______________ No _______________

*If you answered "no," please skip questions 23-26, and sign and date this form. If you answered yes, proceed to the next question.*

23. Did Plaintiff ANTHONY NAVARRO prove that Plaintiff did not consent to the use of that force?

Yes _______________ No _______________

*If you answered "no," please skip questions 24-26, and sign and date this form. If you answered yes, proceed to the next question.*

24. Did Plaintiff ANTHONY NAVARRO prove that Plaintiff was harmed by Defendant JEFFREY LUBEY's battery?

Yes _______________ No _______________

*If you answered "no," please skip questions 25-26, and sign and date this form. If you answered yes, proceed to the next question.*

25. Did Plaintiff ANTHONY NAVARRO prove that Defendant JEFFREY LUBEY's use of unreasonable force was a substantial factor in causing Plaintiff harm?

Yes _______________ No _______________

*If you answered "no," please skip question 26, and sign and date this form. If you answered yes, proceed to the next question.*

26. Did Plaintiff ANTHONY NAVARRO prove that he suffered damages as a result of

Defendant JEFFREY LUBEY's battery? To avoid double-counting and overlap, do not include any damages already included in response to question 4, 9, 12, or 20.

Damages No ________ Yes _________($__________)

*Please sign and date this verdict form.*

DATED: _______________ ___________________________

FOREPERSON