DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
JOSE A. ZELIDON-ZEPEDA, State Bar #227108
LISA E. GIARRATANO, State Bar #346002
KATHERINE B. BEARMAN, State Bar #280561
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 355-3312 [Zelidon-Zepeda]
Telephone: (415) 554-3813 [Giarratano]
Telephone: (415) 554-4256 [Bearman]
Facsimile: (415) 554-3837
E-Mail: jose.zelidon-zepeda@sfcityatty.org
E-Mail: lisa.giarratano@sfcityatty.org
E-Mail: kate.bearman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND JEFFREY LUBEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CASTEL NAVARRO, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; OFFICER JEFFREY LUBEY, IN HIS INDIVIDUAL CAPACITY AS A LAW ENFORCEMENT OFFICER FOR THE SAN FRANCISCO POLICE DEPARTMENT; AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No. 23-cv-02402 SK (PHK)<br><br>**DEFENDANTS' PROPOSED VOIR DIRE**<br><br>Trial Date: November 17, 2026 |

Pursuant to the Court's Amended Case Management and Pretrial Order, Defendants understand that general background voir dire will be conducted by the Court and such questions are omitted here. Defendants submit the following case specific questions to include in the initial voir dire by the Court.

Additionally, Defendants object to Plaintiff's proposed voir dire question Number 2 as improper and unnecessary.

**Proposed Voir Dire:**

1. Have you or anyone close to you ever been the victim of or witness to any kind of crime (including burglary, robbery, assault, murder, etc.) whether it was reported to law enforcement authorities or not?

   If yes, please explain:

   Do you feel that experience would affect the way that you evaluate this case?

   If yes, please describe:

2. Do you know anyone involved in law enforcement, i.e. a police officer, sheriff, probation officer?

   If so, will that relationship affect your ability to be impartial in this case?

3. Have you or any member of your family ever made a complaint against a police officer or against a police department? If so, what was the nature of the complaint?

   What was the outcome and were you satisfied with the outcome?

   Would any aspect of that situation affect your ability to be fair and impartial in this case?

4. This case involves a claim by the Plaintiff that law enforcement officers used excessive force in detaining him. Do you feel that police should never use force in detaining people?

   Please explain.

5. This case arises out of the Defendant Lubey's alleged use of force against the Plaintiff Anthony Navarro. Given the media coverage given to the use of force by law enforcement over the past few years, is there anything about this topic that would prevent you from being fair and impartial to either side?

6. Have you ever had any of the following contacts with police officers or police agencies?

   Been questioned by an officer?

   Been accused by an officer of any wrongdoing?

   Been placed in the back seat of a police car or in any police vehicle?

   Been placed in handcuffs?

Been transported to jail?

Been booked at a jail?

Been pat searched by police officer?

7. Have you had any personal contact with members of the City of San Francisco's Police Department?

If yes, please describe.

Do you feel that experience would affect the way that you evaluate this case?

If yes, please describe:

8. Would you believe or disbelieve the testimony of a law enforcement officer simply because he/she is a law enforcement officer?

9. Do you have any views regarding drunk individuals at public events in the City?

10. Do you think individuals at public events in the City should be held to a lower standard for their actions while under the influence of alcohol and/or other substances that affect an individual's judgment?

Dated: October 1, 2026

DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
JOSE A. ZELIDON-ZEPEDA
KATHERINE B. BEARMAN
LISA E. GIARRATANO
Deputy City Attorneys

By: *<u>/s/ Jose A. Zelidon-Zepeda</u>*
JOSE A. ZELIDON-ZEPEDA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND JEFFREY LUBEY