**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**MARLON L. MONROE, ESQ., SBN 251897**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: MMonroe@LawyersFTP.com

Attorneys for Plaintiff

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ANTHONY CASTEL NAVARRO, individually;

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.

Defendants.

Case No.: 3:23-cv-02402-SK

**JOINT DISPUTED EXHIBIT CHART**

//

//

//

//

//

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

## DEFENDANTS' EXHIBITS

| Exh. | Document | Objection | Response | Ruling |
|---|---|---|---|---|
| 513. | Notice to Appear/Citation No. 023959003 (CCSF-NAVARRO_000001) | FRE 401-403 – Completely irrelevant and prejudicial now that the unlawful seizure claim is dismissed. If Defendants want to show his citation to the jury to suggest he committed a crime, Plaintiff should be able to introduce evidence the charges were dismissed. | Relevant to explain context and Defendant's actions; not unduly prejudicial becauses there is no dispute that Plaintiff was issued citation; as explained in Defendants' Motion in Limine #2, evidence that the charges were dismissed is barred. | |
| 515. | San Francisco Police Department Special Event Assignment/Roster Sheet (CCSF-NAVARRO_001287-1305) | FRE 401-403 – utterly irrelevant. It also has no actual sponsor witnesses in this case that could even testify to this. | Relevant to show context during high-profile celebration requiring police presence to prevent riot; not unduly prejudicial; any police officer who was present during the incident can sponsor this exhibit. | |

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

| Exh. | Document | Objection | Response | Ruling |
|---|---|---|---|---|
| 516. | Interview with Michael Hammer (MP3) (CCSF-NAVARRO_001322) | Hearsay without an exception. | Mr. Hammer will testify at trial; this exhibit will be used only if necessary, and Plaintiff can make any hearsay objection at trial | |
| 517. | San Francisco Police Department Incident Report (NAVARRO_000002-07) | 401-403: Irrelevant. Hearsay without an exception. | Relevant to explain context and Defendant's actions; official record; not unduly prejudicial; prior recollection recorded | |
| 542. | Jeffrey Martin Rule 26 report | Hearsay without an exception. | Marked for identification; Mr. Martin will testify at trial, and Defendants do not intend to submit this to the jury. | |
| 562. | Expert Jeffrey Martin Rebuttal to Report by Dr. Glen Andrew Haas | Hearsay without an exception. | Marked for identification; Mr. Martin will testify at trial, and Defendants do not intend to submit this to the jury. | |

| Exh. | Document | Objection | Response | Ruling |
|---|---|---|---|---|
| 583. | Dr. Rachyll Dempsey, Psy. D., Rebuttal Expert Report | Hearsay without an exception.. | Marked for identification; Dr. Dempsey will testify at trial, and Defendants do not intend to submit this to the jury. | |
| 584. | Dr. Rachyll Dempsey, Psy. D., IME Report | Hearsay without an exception. | Marked for identification; Dr. Dempsey will testify at trial, and Defendants do not intend to submit this to the jury. | |
| 585. | Appellee Navarro's Answering Brief, May 7, 2025 | Hearsay without an exception. | Non-hearsay; party admission; opposing party's statement made by a person authorized to make statement; adopted admission; prior inconsistent statement | |

Dated: October 2, 2026

Respectfully submitted,

**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**

By: */s/ Patrick Buelna*
PATRICK BUELNA
Attorney for Plaintiff

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

Dated: October 2, 2026

DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
JOSE A. ZELIDON-ZEPEDA
KATHERINE B. BEARMAN
LISA E. GIARRATANO
Deputy City Attorneys

By: /s/ *Jose A. Zelidon-Zepeda*
JOSE A. ZELIDON-ZEPEDA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND JEFFREY LUBEY