**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY CASTEL NAVARRO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JEFFREY LUBEY, in his individual capacity as a law enforcement officer for the San Francisco Police Department; and DOES 1-50, inclusive.<br><br>Defendants. | Case No. 22-cv-02402-SK<br><br>**PLAINITFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 1**<br><br>Trial Date: November 17, 2026 |

## PLAINTIFF'S RESPONSE

Plaintiff does not oppose Defendants' Motion in Limine No. 1.

Dated: September 25, 2026

**Pointer & Buelna, LLP.**
**Lawyers for the People**

By: */s/ Patrick Buelna*
PATRICK BUELNA

Attorney for Plaintiff