**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

**Date:** October 16, 2026 **Time:** 1:32-2:08 **Judge:** SALLIE KIM
**Case No.**: 23-cv-02402-SK **Case Name:** Navarro v. City and County of San Francisco

**Attorney for Plaintiff:** Patrick Buelna
**Attorney for Defendant:** Katherine Bearman, Lisa Giarratano, Jose Zelidon-Zepeda

**Deputy Clerk:** Brenda Lopez **Court Reporter:** Ana Dub

## PROCEEDINGS

Pretrial Conference – Held.
[94] Motion in Limine No. 1 – Held.
[105] Motion in Limine No. 2 – Held.
[106] Motion in Limine No. 3 – Held.
[107] Motion in Limine No. 4 – Held.
[108] Motion in Limine No. 5 – Held.

## SUMMARY

Trial will be held on 11/17/2026, 11/18/2026, 11/19/2026, 11/20/2026, and 11/24/2026 in Courtroom D located on the 15th floor. Trial will begin at 8:30 a.m. and end at 2:30 p.m. Each day will include a lunch break and two 15-minute breaks. If the jury needs to deliberate after 11/24/2026, trial will reconvene the following week. Trial will not be held on 11/25/2026.

Each side will have 10 hours to present their case. In addition, parties will have one hour for opening statements and one and a half hours for closing arguments. Reading deposition transcripts will be charged against the party offering it.

Parties shall deposit exhibits with the courtroom deputy on the first day of trial. Before the end of the trial, parties shall meet with the courtroom deputy to ensure exhibits are accurate before they are submitted as the final exhibits.

The Court will hold a pre-excusal conference on 11/13/2026 at 9:00 a.m. by Zoom Webinar to excuse jurors for hardship. A total of eight (8) jurors will be selected. Each side will have three (3) peremptory challenges. Counsel will have 45 minutes to question the jurors. The Court will not question the jurors. Peremptory challenges will be done in open court. A sidebar will be held for cause challenges. Any excused juror(s) will be replaced in the box.

The Court will issue a written order.