UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY CASTEL NAVARRO,

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants.

Case No. 23-cv-02402-SK

**ORDER REGARDING DISPUTED EXHIBITS**

Regarding Docket No. 104

The parties submitted disputed exhibits for the Court to review for the pretrial conference. The following exhibits are excluded: 513, 516, 517, 542, 562, 583, 584. Only the redacted portion of Exhibit 585 is admissible: Page 1(title page) and page 37, starting with “In the moments” and ending with “Plaintiff complied with that order.”

**IT IS SO ORDERED**.

Dated: October 19, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California