UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY CASTEL NAVARRO,

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants.

Case No. 23-cv-02402-SK

**ORDER REGARDING ADDITIONAL VOIR DIRE QUESTIONS**

Regarding Docket Nos. 95, 101

The Court will submit the following questions for the written questionnaire:

1. Will you give more weight to the testimony of a police officer?

No.

Yes. Please explain.

2. Have you had a negative interaction with a police officer?

No.

Yes. Please describe.

3. Do you have any close friends or family members who are police officers?

No.

Yes. Please describe.

4. Have you or anyone close to you filed a complaint against the police?

No.

Yes. Please describe.

5. The plaintiff in this case is Asian. Will his race affect your final decision in this case?

United States District Court
Northern District of California

No.

Yes. Please explain.

6. Do you believe that people of a certain race are more violent than other races?

No.

Yes. Please explain.

7. The plaintiff in this case alleges that a police officer used excessive force in detaining him. Is there anything about this topic that will prevent you from being impartial?

No.

Yes. Please explain.

8. Do you think that it is wrong to second guess a police officer doing his job?

No.

Yes. Please explain.

9. Do you think individuals at public events should be held to a lower standard for their actions while under the influence of alcohol and/or other substances that affect an individual's judgment?

No.

Yes. Please explain.

///

///

///

///

///

///

///

10. Can you award damages to person who seeks compensation for emotional distress in the form of post traumatic stress disorder?

No.

Yes. Please explain.

**IT IS SO ORDERED**.

Dated: October 21, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California