**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**LATEEF H. GRAY, ESQ., SBN 250055**
**MARLON L. MONROE, ESQ., SBN 251897**
**MATTHEW T. NORMAN, ESQ., SBN 351413**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: LGray@LawyersFTP.com
Email: MMonroe@LawyersFTP.com
Email: MNorman@LawyersFTP.com

Attorneys for Plaintiff

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY CASTEL NAVARRO, individually;<br><br>Plaintiff,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Defendants. | Case No.: 3:23-cv-02402-SK<br><br>**DECLARATION OF PATRICK BUELNA** |

//

//

//

//

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

I, Patrick Buelna, declare:

1. I am the attorney of record for Plaintiff in this action. I am licensed to practice in the state of California and have been admitted to courts in the Northern, Southern, and Eastern Districts of California, the Ninth Circuit Court of Appeals and the United States Supreme Court. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.
2. The information contained in the confidential declaration narrowly describe Plaintiff's counsel's wife's medical information, her pregnancy and medical history. All of this is completely private information that need not be revealed or assessed by opposing counsels or the public in order for the Court to grant a trial continuance. Defendants' have the necessary information available to them in the motion filed on the public docket to take a stance – which they already have.

/

/

/

/

Dated: November 10, 2026

Respectfully submitted,

**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**

By: *_/s/ Patrick Buelna_*
PATRICK BUELNA
Attorney for Plaintiff