POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ANTHONY CASTEL NAVARRO, individually;

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.

Defendants.

Case No.: 3:23-cv-02402-SK

**[PROPOSED] ORDER GRANING PLAINTIFF'S MOTION TO FILE COUNSEL'S CONFIDENTIAL DECLARATION UNDER SEAL**

//

Plaintiff has shown there is GOOD CAUSE to file Plaintiff's counsel's declaration that described his wife's medical history under seal.

Therefore, the declaration is SEALED.

IT IS SO ORDERED.

Dated: November 10, 2026

______________________________

HON. SALLIE KIM