United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY CASTEL NAVARRO,
Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,
Defendants.

Case No. 23-cv-02402-SK

**ORDER GRANTING MOTION TO CONTINUE TRIAL AND SEALING DOCUMENTS**

Regarding Docket Nos. 120, 121

Before the Court is Plaintiff's emergency motion to continue the trial currently set for November 17, 2026. (Dkt. No. 120.) Having considered the motion and supporting documents, and finding good cause shown, the Court hereby GRANTS Plaintiff's motion to continue trial. The pre-excusal conference currently set for November 13, 2026, will be converted to a status conference at 9:00 a.m. via Zoom to discuss a new date for trial. At the status conference, parties should be prepared to discuss the following potential trial dates in 2027: March 2-5, March 10-12, March 16-19, May 25-28, June 1-4, June 8-11, October 5-8, October 12-15, October 19-22. The Court will choose seven days during those time slots, and preference will be given to Defendants' calendar and convenience.

Also before the Court is Plaintiff's motion to file Plaintiff's counsel's declaration under seal. (Dkt. No. 121.) Finding good cause shown, the Court hereby GRANTS Plaintiff's motion and the declaration shall remain under seal.

**IT IS SO ORDERED**.

Dated: November 10, 2026

SALLIE KIM
United States Magistrate Judge